MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant/Petitioner,
John Allen Cramer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent/Plaintiff,<br><br>　vs.<br><br>**John Allen Cramer,**<br><br>　　　　　Petitioner/Defendant. | Case No.: 1:23-CR-00199-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W. BERDINELLA AS ATTORNEY OF RECORD AND ORDER** |

On 07/31/2024, Defendant John Allen Cramer was in Federal Court to respond to an Order re Petition for Violation Of Probation/Supervised Release.  CJA Panel Attorney Michael W. Berdinella was appointed by Magistrate Judge Hon. Erica P. Grosjean as trial counsel to represent Mr. Cramer on 08/05/2024 in his criminal case.  Mr. Cramer was sentenced on 11/04/2024 pursuant to an admission to the charges.  No direct appeal was requested or filed. Mr. Cramer was in custody at the time of Sentencing. The Trial and Sentencing phases of Mr. Cramer's criminal case have, therefore, come to an end.   Having completed his representation of Mr. Cramer, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Cramer require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 11/18/2024                           Respectfully submitted,


                                            /s/ Michael W. Berdinella
                                            Michael W. Berdinella
                                            Attorney for Defendant
                                            John Allen Cramer


**ORDER**

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant John Allen Cramer at the following address and to update the docket to reflect Defendant's pro se status and contact information:

John Allen Cramer
U.S. Marshalls #16387-510
Central Valley Modified Community Correctional Facility
254 Taylor Ave
MC Farland, CA 93250

**IT IS SO ORDERED**

Dated:  November 19, 2024

_____
HON. JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE